**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Gayle M. Jangula, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Menard, Inc., | ) | |
| | ) | Case No. 1:09-cv-007 |
| Defendant. | ) | |

_____

On September 23, 2009, the parties filed a Stipulated Protective Order. The court **ADOPTS** the parties stipulation (Docket No. 11).

**IT IS SO ORDERED.**

Dated this 29th day of September, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge