**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Gayle M. Jangula, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Menard, Inc., | ) | |
| | ) | Case No. 1:09-cv-007 |
| Defendant. | ) | |

_____

On January 14, 2009, the parties filed a Stipulation to Amend Scheduling/Discovery Plan.

The court **ADOPTS** the parties' stipulation (Docket No. 15). The scheduling and discovery plan approved on April 27, 2009, shall be amended as follows:

1. The parties shall have until March 31, 2010, to complete fact discovery and to file discovery motions.

2. The parties shall have until April 30, 2010, to complete discovery depositions of expert witnesses.

All other provisions in the existing scheduling/discovery plan shall remain the same.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2010.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge