# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Gayle M. Jangula, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Menard, Inc., | ) | |
| | ) | Case No. 1:09-cv-007 |
| Defendant. | ) | |

___

On March 16, 2010, the parties filed Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 16). The above-entitled action shall be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge